**EXHIBIT "7"**

       To:"Ebox - Claims No" &lt;noclaimsimage@acuity.com&gt;
       cc:
      bcc:
    From:"Scott Babb" &lt;sbabb@acuity.com&gt;
    Date:03-12-2021 18:03:31
  Subject:QR3549-0002 Memo: UIM Demand ltr via fax

**Scott A. Babb, AIC, AIM**

Senior Field Claims Representative - Idaho

Ph: 800.242.7666 x2604| F: 920.208.8523

www.acuity.com

fbicontwittericonlinkedinicon[IMAGE]

**From:** fax@acuity.com &lt;fax@acuity.com&gt;
**Sent:** Thursday, March 11, 2021 10:17 AM
**To:** Scott Babb &lt;sbabb@acuity.com&gt;
**Subject:** QR3549-0002 New Fax From on 3/11/2021 11:17:05 AM

Attachment: image002.png
Attachment: image003.png
Attachment: image004.png
Attachment: image005.png
Attachment: Document.pdf



Boyd B. Moss III, Esq.  
Marcus A. Berg, Esq.  
Drue R. Solomon, Esq.  
John C. Funk, Esq.  
mossberginjurylaw.com

**Moss Berg**
**Injury Lawyers**

4101 Meadows Ln., Suite 110  
Las Vegas, NV 89107  
Phone: (702) 222-4555  
Fax: (702) 222-4556  
mail@mossberglv.com

March 11, 2021

*Via U.S. Mail & Facsimile: (920) 208-8523*

Acuity Auto Insurance  
Attn: Scott Babb  
2800 South Taylor Drive  
Sheboygan, WI 53081

| Re: | Our Client | : | Kevin Venable |
|---|---|---|---|
| | Your Insured | : | Plumbing Solutions of Nevada |
| | Claim Number | : | QR3549 |
| | Date of Loss | : | December 19, 2019 |

### REQUEST FOR UNDERINSURED MOTORIST BENEFITS

Dear Mr. Babb,

    This firm represents the interests of Mr. Kevin Venable in reference to his claim for injuries sustained due to the negligence of another. At the time of the collision, Mr. Venable was traveling northbound on Valley View Boulevard at the intersection of Fulton. The at-fault driver failed to follow the rules of the road by following too closely to vehicles directly in front of him. As a result, Mr. Venable's work vehicle was struck on the rear end. Unfortunately, the at-fault driver's insurance policy holder **$25,000.00** per person policy limits. Accordingly, we are requesting ACUITY AUTO INSURANCE to evaluate Mr. Venable's request for underinsured motorist coverage based on his damages.

    Please find enclosed the following medical and billing records substantiating Mr. Venable's claim:

**KEVIN VENABLE'S MEDICAL EXPENSES TO DATE:**

| | |
|---|---:|
| PBS Anesthesia | *Will Supplement* |
| MML Physical Therapy | $5,155.00 |
| AMR | $1,162.64 |
| Valley Hospital | $7,943.00 |
| Shadow Emergency Physicians | $2,040.00 |
| Concentra | $1,271.93 |
| Simon Med | $3,161.00 |
| Bone & Joint Specialists | $9,183.44 |
| Radiology Specialists, LTD | $34.00 |
| Sahara Surgery Center | $126,111.74 |
| Desert Radiologists | $3,301.60 |

Acuity
Attn: Claims Department
Re: Kevin Venable
Page 2 of 2

**TOTAL DUE TO DATE:**                                                                                                    $159,364.35

     Mr. Venable had to undergo an Arthroscopic anterior/posterior glenoid labral repair, arthroscopic bursectomy subacromial decompression and arthroscopic clavicle resection. Along with this intensive surgery Kevin had to undergo months of treatment and physical therapy. In addition, Mr. Venable was evaluated by Dr. Jeffrey Hanks who performed a permanent partial disability (PPD) evaluation and determined that Mr. Venable suffered a 14% whole person impairment.

     Considering the painful and permanent nature of Mr. Venable's extensive injuries, I am requesting Acuity Auto Insurance to evaluate Mr. Venable's claim and request Acuity tender payment through the underinsured motorist's benefits.

     Please contact me upon completion of your review at 702-222-4555. I look forward to speaking with you. Thank you for your prompt attention to this matter.

                                             Sincerely,

                                             MOSS BERG INJURY LAWYERS

                                             MARCUS A. BERG, ESQ.

MAB/ram
Enclosure(s) via US Mail