**RESNICK & LOUIS, P.C.**
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
8925 West Russell Road, Suite 220
Las Vegas, NV  89148
tclark@rlattorneys.com
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant,*
*ACUITY, A Mutual Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN VENABLE, individually,<br><br>Plaintiff,<br><br>v.<br><br>ACUITY, A MUTUAL INSURANCE COMPANY; DOES I through X: and ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | CASE NO.:  2:22-cv-00619-RFB-BNW<br><br>**STIPULATION FOR DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the Court dismiss this action with prejudice.  There are no counterclaims, cross-claims, or third-party claims pending in this civil action.  The parties agree that should the Court

///
///
///
///
///
///

1

1  approve this stipulation, each side shall bear its own attorney's fees and costs.

| DATED this 12th day of August, 2022. | DATED this 11th day of August, 2022 |
|---|---|
| **RESNICK & LOUIS, P.C.** | **MOSS BERG INJURY LAWYERS** |
| /s/ Troy A. Clark | /s/ Marcus A. Berg |
| TROY A. CLARK, ESQ.<br>Nevada Bar No. 11361<br>8925 West Russell Road, Suite 220<br>Las Vegas, NV 89148<br>Attorneys for Defendant | Marcus A. Berg, Esq.<br>Nevada Bar No. 9970<br>John C. Funk, Esq.<br>Nevada Bar No. 9255<br>4101 Meadows Lane, Suite 110<br>Las Vegas, NV 89107<br>Attorneys for Plaintiff |

## ORDER

The Court having reviewed the joint stipulation for dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the stipulation is <u>approved</u>. This civil action is hereby dismissed, with prejudice. Each party to bear its own attorney's fees and costs.

Dated: __August 15__, 2022.

_____
RICHARD F. BOULWARE, II
United States District Court

2

| | |
|---|---|
| **From:** | Tonya Baltazar |
| **To:** | Troy Clark; Marcus Berg |
| **Cc:** | Shyanne Jackson |
| **Subject:** | RE: Venable v. Acuity |
| **Date:** | Thursday, August 11, 2022 3:59:33 PM |
| **Attachments:** | image001.png |

You can e-sign for Marcus.

**From:** Troy Clark <tclark@rlattorneys.com>
**Sent:** Thursday, August 11, 2022 3:53 PM
**To:** Tonya Baltazar <Tonya@mossberglv.com>; Marcus Berg <Marcus@mossberglv.com>
**Cc:** Shyanne Jackson <sjackson@rlattorneys.com>
**Subject:** RE: Venable v. Acuity

It doesn't look like we have the signed stipulation for dismissal.  Can you either (1) send it over, or (2) give us authority to use your e signature?

Thanks,

Troy

**From:** Tonya Baltazar <Tonya@mossberglv.com>
**Sent:** Monday, July 25, 2022 1:29 PM
**To:** Troy Clark <tclark@rlattorneys.com>; Marcus Berg <Marcus@mossberglv.com>
**Cc:** Shyanne Jackson <sjackson@rlattorneys.com>
**Subject:** RE: Venable v. Acuity

Here you go, I would like to send my runner this afternoon.

**From:** Troy Clark <tclark@rlattorneys.com>
**Sent:** Monday, July 25, 2022 1:25 PM
**To:** Tonya Baltazar <Tonya@mossberglv.com>; Marcus Berg <Marcus@mossberglv.com>
**Cc:** Shyanne Jackson <sjackson@rlattorneys.com>
**Subject:** RE: Venable v. Acuity

We got the check.  If you want to send copies of the signed documents in advance, we can do a simple pick up.  If we need to do a formal exchange, let me know and I'll try to figure out when I'm in the office.

Thanks,

Troy

**From:** Tonya Baltazar <Tonya@mossberglv.com>
**Sent:** Monday, July 18, 2022 10:18 AM

**To:** Troy Clark <tclark@rlattorneys.com>; Marcus Berg <Marcus@mossberglv.com>
**Cc:** Shyanne Jackson <sjackson@rlattorneys.com>
**Subject:** RE: Venable v. Acuity

Hi Troy

I have the signed settlement documents, please let me know when you get the check.

Thanks

**From:** Troy Clark <tclark@rlattorneys.com>
**Sent:** Tuesday, July 12, 2022 11:55 AM
**To:** Tonya Baltazar <Tonya@mossberglv.com>; Marcus Berg <Marcus@mossberglv.com>
**Cc:** Shyanne Jackson <sjackson@rlattorneys.com>; John Funk <John@mossberglv.com>
**Subject:** RE: Venable v. Acuity

Please find attached.

Please let me know if you have any questions.

Respectfully,

Troy Clark

**From:** Tonya Baltazar <Tonya@mossberglv.com>
**Sent:** Tuesday, July 12, 2022 9:57 AM
**To:** Troy Clark <tclark@rlattorneys.com>; Marcus Berg <Marcus@mossberglv.com>
**Cc:** Shyanne Jackson <sjackson@rlattorneys.com>; John Funk <John@mossberglv.com>
**Subject:** RE: Venable v. Acuity

Hi Troy do you have the settlement docs ready on this one?

Thanks

**From:** Tonya Baltazar
**Sent:** Thursday, July 7, 2022 8:20 AM
**To:** 'Troy Clark' <tclark@rlattorneys.com>; Marcus Berg <Marcus@mossberglv.com>
**Cc:** Shyanne Jackson <sjackson@rlattorneys.com>; John Funk <John@mossberglv.com>
**Subject:** RE: Venable v. Acuity

Please issue payment to Moss Berg Injury Lawyers and Kevin Venable. I have attached a copy of our w-9 for your benefit. Please forward us the settlement documents for signature.

Thank you,